Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:**           TRAVIS AARON STEMEN

**Docket Number:**           1:12CR000386-LJO

**Offender Address:**        Fresno, California

**Judicial Officer:**        Honorable Lawrence J. O'Neill
                             United States District Judge
                             Fresno, California

**Original Sentence Date:**  10/07/2009 (SD/CA - Dkt No. 09CR02009-001)

**Original Offense:**        8 USC 1324(a)(1)(A)(ii) & (v)(II), Transportation of Illegal Alien and Aiding and Abetting
                             (CLASS D FELONY)

**Original Sentence:**       18 months Bureau of Prisons; 3 years supervised release; mandatory drug testing

**Special Conditions:**      1) Search; 2) No firearms, explosive devices, or other dangerous weapons; 3) Travel restriction; 4) Vehicle disclosure; 5) Narcotic restriction; 6) Association restriction; 7) Drug/alcohol treatment

**Type of Supervision:**     Supervised Release

**Supervision Commenced:**   11/15/2010

**Assistant U.S. Attorney:** Unassigned          **Telephone:** (559) 497-4000

**Defense Attorney:**        Paul Barr           **Telephone:** (619) 234-8467

**RE:   Travis Aaron Stemen**
**      Docket Number:  1:12CR00386-LJO**
**      <u>PETITION TO MODIFY THE CONDITIONS OR TERM</u>**
**      <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

**Other Court Action:**

| | |
|---|---|
| <u>**10/12/2011**</u>: | Probation Form 12A, Report of Offender Under Supervision, alleging marijuana use.  The Court approves Probation Officer's plan requiring drug testing and substance abuse counseling. |
| <u>**02/29/2012**</u>: | Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, alleging failure to drug test and use of a controlled substance.  The Court issued a summons ordering the offender to appear in Court on March 27, 2011. |
| <u>**04/16/2012**</u>: | Warrant issued for failure to appear. |
| <u>**05/21/2012**</u>: | Offender appeared before the Court and admitted to unlawful use of a controlled substance.  The Court revoked supervised release and ordered the offender committed to the Bureau of Prisons for a term of 5 months. |
| | <u>Special Conditions</u>:  1)  Search; 2)  No firearms, explosive devices, or other dangerous weapons; 3) Travel restriction; 4) Vehicle disclosure; 5) Narcotic restriction; 6)  Association restriction; 7)  Drug/alcohol treatment |
| <u>**08/27/2012**</u>: | Supervision re-commenced |
| <u>**11/07/2012**</u>: | Transfer of Jurisdiction accepted by the Eastern District of California. |

**RE:**   Travis Aaron Stemen
         Docket Number:  1:12CR00386-LJO
         <u>PETITION TO MODIFY THE CONDITIONS OR TERM
         OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:**   On March 13, 2012, the offender received a psychological assessment at which time he received a mental health diagnosis requiring treatment. While in the custody of the Bureau of Prisons, he was prescribed psychotropic medication for his mental health condition. The offender recognizes the benefit of such treatment in conjunction with mental health counseling; however, he does not have a special condition to authorize a referral for mental health services. The offender was agreeable to mental health services and has signed a Probation Form 49a, Waiver of Hearing to Modify Conditions, which is provided for your review. Such a recommendation would address the offender's particular needs and promote mental health.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON**
**United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**   November 19, 2012
             Fresno, California
             RCT


**REVIEWED BY:**   /s/ Robert A. Ramirez
                   **ROBERT A. RAMIREZ**
                   **Supervising United States Probation Officer**

**RE:     Travis Aaron Stemen
         Docket Number:  1:12CR00386-LJO
         PETITION TO MODIFY THE CONDITIONS OR TERM
         OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:     United States Probation
        United States Attorney
        Paul Barr, Attorney
        Defendant
        Court File

**THE COURT ORDERS:**

(X )     Modification approved as recommended.

IT IS SO ORDERED.

Dated:   November 20, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE