**FILED**

JUN 02 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>           Plaintiffs,                      )<br>                                                     )<br>   vs.                                            )<br>                                                     )<br> TRAVIS AARON STEMEN,          )<br>                                                     )<br>           Defendant.                    )<br>_____) | No. 1:12CR00386 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on June 2, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released at 10:00a.m. on Tuesday, June 3, 2014, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: June 2, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1