HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Travis Stemen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00386 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |
| vs. | DATE:   October 15, 2014 |
| TRAVIS STEMEN, | TIME:    8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the revocation/sentence hearing in the above-captioned matter now set for September 15, 2014, may be continued to October 15, 2014 at 8:30 a.m.

Defense counsel has coordinated with a faith-based twelve-month residential treatment provider, Teen Challenge, who is to interview Mr. Stemen and complete their intake application. This process has been hindered by Mr. Stemen's move to the Lerdo facility and the schedule of the Teen Challenge counselors.  A thirty-day request is necessary to ensure that Teen Challenge can complete the application process and make an eligibility determination prior to sentencing.

As this is a sentencing hearing for a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

//

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 11, 2014 |   | By: | */s/Megan A. S. Richards*<br>MEGAN A. S. RICHARDS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 11, 2014 |   | By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>TRAVIS STEMEN |

**O R D E R**

IT IS SO ORDERED.

Dated:  **September 11, 2014**            **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE