IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:12CR00386-001 LJO |
| vs. | ) | ORDER OF RELEASE |
| TRAVIS AARON STEMEN | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on September 22, 2014, to Time Served (78 days CREDIT),

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, September 24, 2014 to a representative of the Teen Challenge residential treatment program. A certified Judgment and Commitment order to follow.

Dated: September 24, 2014        _/s/ Lawrence J. O'Neill_____
                                 HONORABLE LAWRENCE J. O'NEILL
                                 UNITED STATES DISTRICT JUDGE

1